**Bart Fitzgerald McCLAIN, Plaintiff–Appellant,**

v.

**Marty LOUDERMILK, Detective; Chris Warren, Defendants– Appellees.**

**No. 01–6813.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 30, 2001.

Bart Fitzgerald McClain, pro se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Bart Fitzgerald McClain appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny McClain's motion for general relief and affirm on the reasoning of the district court. *McClain v. Loudermilk,* No. CA–01–37–2–MU (W.D.N.C. Apr. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*